| | |
|---|---|
| Consumers' Research, et al. ) | |
| ) | |
| v. ) | |
| ) | No. 25-60535 |
| Federal Communications Commission ) | |
| and the ) | |
| United States of America ) | |

## MOTION FOR LEAVE TO FILE REPLY TO
## OPPOSITION TO MOTION TO INTERVENE

Movant-Intervenors Benton Institute for Broadband & Society (Benton), the National Digital Inclusion Alliance (NDIA) and the Center for Media Justice dba MediaJustice (MediaJustice)(collectively Movants), respectfully submit this motion for leave to file the concurrently lodged reply to Petitioners' November 6, 2025 Opposition to Motions to Intervene (Opposition). Counsel for Petitioners has consented to the grant of this motion.

The Reply contains pertinent information and arguments that will assist the Court in resolvng the pending intervention motion.

Wherefore, Benton, NDIA and MediaJustice respectfully request that the Court grant leave to file a reply to the opposition to their Motion for Leave to Intervene in support of Respondents FCC and the United States, and grant all such other relief as may be just and proper.

Respectfully submitted,

/s/ Andrew Jay Schwartzman

Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com

November 13, 2025

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

1. This document complies with [the type-volume limit of FED. R. APP. P. 28(d)(2)(A) because, excluding the parts of the document exempted by FED. R. APP. P. 32(f):

    **X**     this document contains **123** words, **or**

    ☐      this brief uses a monospaced typeface and contains [*state the number of*] lines of text.

2. This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because:

    **X**     this document has been prepared in a proportionally spaced typeface using WordPerfect 2021 in 14 point Times Roman, or

    ☐      this document has been prepared in a monospaced typeface using _____ with _____.

  /s/ Andrew Jay Schwartzman

  Attorney for Benton Institute for Broadband & Society, National Digital Inclusion Alliance and Media Justice.

November 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2025, I electronically filed the foregoing *Motion for Leave to File Reply to Opposition to Motion to Intervene* with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Court's appellate CM/ECF system. I further certify that service was accomplished on all participants in the case via the Court's CM/ECF system.

Respectfully submitted,

/s/ Andrew Jay Schwartzman

Andrew Jay Schwartzman
525 Ninth Street, NW
Seventh Floor
Washington, DC 20004
(202) 241-2408
AndySchwartzman@gmail.com