No. 25-60535

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH, ET AL.,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of
the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

November 26, 2025

Respectfully submitted,

*/s/ Jacob M. Lewis*

Jacob M. Lewis
  *Associate General Counsel*

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C. 20554
(202) 418-1740

*Counsel for Respondent Federal
  Communications Commission*

**Proposed Fourth Quarter 2025 Universal Service Contribution Factor**
**CC Docket No. 96-45**

| Date Received | Name of Filers(s) | Type of Filing |
|---|---|---|
| 9/15/2025 | Consumers Research, et al. | COMMENTS AND OBJECTIONS |
| 9/15/2025 | Office of Managing Director | PUBLIC NOTICE |
| 8/29/2025 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERVICE SUPPORT MECHANISM QUARTERLY CONTRIBUTION BASE FOR THE FOURTH QUARTER 2025 |
| 8/8/2025 | Consumers Research, et al. | COMMENTS AND OBJECTIONS |
| 8/1/2025 | Universal Service Administrative Company | FEDERAL UNIVERSAL SERVICE SUPPORT MECHANISM FUND SIZE PROJECTIONS FOR FOURTH QUARTER 2025 |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CONSUMERS' RESEARCH, ET AL.,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION
AND UNITED STATES OF AMERICA,

*Respondents*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY
## FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 26th day of November 2025.

                                          FEDERAL COMMUNICATIONS COMMISSION

                                          */s/ Marlene H. Dortch*

                                          Marlene H. Dortch
                                            *Secretary*

# CERTIFICATE OF FILING AND SERVICE

I, Jacob M. Lewis, hereby certify that on November 26, 2025, I filed the foregoing Certified Index of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jacob M. Lewis*

Jacob M. Lewis
  *Associate General Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740