IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Consumers' Research, et al., | ) | |
|                 Petitioner, | ) | |
| | ) | |
| v. | ) | No. 25-60535 |
| | ) | |
| Federal Communications Commission | ) | |
|  and United States of America, | ) | |
|                 Respondents. | ) | |

## UNOPPOSED MOTION TO LIFT STAY OF PROCEEDINGS

On November 4, 2025, this Court granted respondents' motion to stay proceedings in this case due to a lapse in funding for the federal government. Congress subsequently appropriated funds to allow resumption of government operations. Accordingly, respondents respectfully move to lift the stay in this case. Petitioners have authorized us to represent that they consent to the motion.

                                                          Respectfully submitted,

| | |
|---|---|
| /s/Michael S. Raab | /s/Jacob M. Lewis |
| | |
| Michael S. Raab | Jacob M. Lewis |
| Caroline W. Tan | Associate General Counsel |
| United States Department | |
|  of Justice | |
| Washington, DC  20530 | James M. Carr |
| (202) 616-5142 | Counsel |
| | Federal Communications Commission |
| | Washington, DC 20554 |
| | (202) 418-1740 |

December 1, 2025

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>58</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

<u>*/s/ Jacob M. Lewis*</u>

Jacob M. Lewis
  *Associate General Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740

# CERTIFICATE OF FILING AND SERVICE

I, Jacob M. Lewis, hereby certify that on December 1, 2025, I filed the foregoing Unopposed Motion To Lift Stay Of Proceedings with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jacob M. Lewis*

Jacob M. Lewis
 *Associate General Counsel*

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740