# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| CONSUMERS' RESEARCH, et al. | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 25-60535 |
| | ) | |
| FEDERAL COMMUNICATIONS COMMISSION, et al. | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO WITHDRAW R. TRENT MCCOTTER AS COUNSEL

R. Trent McCotter will be leaving his employment with Boyden Gray PLLC and hereby respectfully requests that he be withdrawn as counsel for Petitioners, and that Laura Ruppalt, who has already made an appearance in this case, be noted as lead counsel for Petitioners.

December 24, 2025

Respectfully submitted,

*/s/ R. Trent McCotter*
R. Trent McCotter
Laura B. Ruppalt
  *Counsel of Record*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-706-5488
tmcotter@boydengray.com

*Counsel for Petitioners*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2025, I filed the foregoing motion via the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

Respectfully submitted,

*/s/ R. Trent McCotter*
R. Trent McCotter