# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 31, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-60535   Consumers' Research v. FCC
                Agency No. 96-45

The court has taken the following action in this case: GRANTING the motion to withdraw attorney R. Trent McCotter as counsel for the Petitioners.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shatyra Rasheed, Deputy Clerk

Ms. Pamela Bondi, U.S. Attorney General
Mr. James Michael Carr
Ms. P. Michele Ellison
Mr. Jacob Matthew Lewis
Mr. Jason Neal
Mr. Michael S. Raab
Ms. Laura Ruppalt
Mr. Andrew Jay Schwartzman
Ms. Caroline W. Tan
Ms. Jennifer Tatel