# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-60535   Consumers' Research v. FCC
               Agency No. 96-45

The court has granted Petitioners' motion to file reply brief in excess word count not to exceed 9,500 words.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shatyra Rasheed, Deputy Clerk
504-310-7646

Ms. Pamela Bondi, U.S. Attorney General
Mr. James Michael Carr
Mr. James Conde
Ms. P. Michele Ellison
Ms. Catherine Elizabeth Ferri
Mr. Jacob Matthew Lewis
Mr. Jason Neal
Mr. Michael S. Raab
Ms. Laura Ruppalt
Mr. Andrew Jay Schwartzman
Ms. Caroline W. Tan
Ms. Jennifer Tatel