# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2026

Thomas B. Plunkett, III
Clerk

No. 25-60535

Consumers' Research; Cause Based Commerce, Incorporated; Edward J. Blum; Kersten Conway; Suzanne Bettac; Robert Kull; Kwang Ja Kirby; Tom Kirby; Joseph Bayly; Jeremy Roth; Deanna Roth; Lynn Gibbs; Paul Gibbs; Rhonda Thomas; James Romeo; Cody Carnett; Phillip Aronoff; Jacqueline Klein,

*Petitioners*,

*versus*

Federal Communications Commission; United States of America,

*Respondents*.

Petition for Review from an Order
of the Federal Trade Commission
FTC Docket No. 96-45

## JUDGMENT

Before Elrod, *Chief Judge,* and Clement and Oldham, *Circuit Judges*.

This cause was considered on the petition of Consumers' Research, et al. for review of a final order of the Federal Trade Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is GRANTED, the Fourth Quarter 2025 contribution factor is VACATED, and the cause is REMANDED to the FCC for further proceedings.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.